**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00186-REB-PAC

EMERSON FALLICE CALVERT,

    Plaintiff,

v.

DOUGLAS TALLMAN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On April 10, 2006, the plaintiff filed a **Motion To Withdraw Complaint** [#22].[1] No objections have been filed. After careful review of the motion and the file, I conclude that this motion should be construed and treated as a motion to dismiss under FED. R. CIV. P. 41(a)(2). I further conclude that the motion should be granted and this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Withdraw Complaint** [#22], filed April 10, 2006, **IS GRANTED**; and

2. That plaintiff's complaint **IS WITHDRAWN**, and this action **IS DISMISSED**.

Dated May 4, 2006, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn
United States District Judge**

---

[1] Plaintiff's request to "withdraw" his complaint was reiterated in **Plaintiff's Reply to Defendant's Reply to Respond** [*sic*] **to Motion To Dismiss** [#24] filed April 24, 2006.